UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                   Case No. 08-CR-236

MARVIN SANDERS a/k/a "Boo,"

       Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Counts One and Two of the Indictment, defendant Marvin Sanders agrees to the forfeiture of his interest in the properties listed in the forfeiture notice of the Indictment filed on September 3, 2008;

**IT IS HEREBY ORDERED** that all right, title and interest in the properties described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 492:

        A.    One Omni Tech cream tower computer, serial number 1099376;

        B.    One Dell computer, serial number 53D5D21;

        C.    One HP color printer, serial number 18100A;

        D.    One Cannon color printer, serial number K10304; and

        E.    One Gateway laptop computer, serial number 0033885747.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Secret Service for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 11th day of June, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge